JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5350RBL |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| JOSE LUIS CAMPOS, CARLOS ROMALLIS DANIELS, and MIGUEL ANGEL PERALTA ALONZO, | |
| Defendants. | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM's DUE DATE     1
CR06-5350RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense.  18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the **trial date is continued** from July 24, 2006 to **October 30, 2006, at 9:00 am.**  The resulting period of delay from July 24, 2006, to October 30, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than August 27, 2006.

Pretrial Motion Hearing, if needed, shall be on October 12, 2006, at 9:00 am.

IT IS SO ORDERED this 6th day of July, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____
Russell V. Leonard
Attorney for Mr. Campos

/s/_____
Matthew H. Thomas
Assistant United States Attorney

/s/_____
Phil I. Brennan, Jr.
Attorney for Mr. Peralta Alonzo

/s/_____
John J. Kannin, IV
Attorney for Mr. Daniels

TO CONTINUE TRIAL DATE & PTM's DUE DATE     2
CR06-5350RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**