JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5350RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| JOSE LUIS CAMPOS, CARLOS ROMALLIS DANIELS, and MIGUEL ANGEL PERALTA ALONZO, | ) | |
| Defendants. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM's DUE DATE    1
CR06-5350RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1      4. Taking into account the exercise of due diligence, a continuance is necessary
2 to allow the defendant the reasonable time for effective preparation his defense.  18
3 U.S.C. § 3161(h)(8)(B)(iv).
4      NOW, THEREFORE,
5      IT IS HEREBY ORDERED that the **trial date is continued** from November 27,
6 2006 to **April 9, 2007, at 9:00 am.**  The resulting period of delay from November 27,
7 2006, to April 9, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. §
8 3161(h)(8)(A) and (B).
9      Pre-trial motions are due no later than November 20, 2006.
10     Pre-trial motions hearing shall be on January 17, 2007, at 9:00 am.

IT IS SO ORDERED this 1st day of November, 2006.

                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____    /s/_____
Russell V. Leonard                                Matthew H. Thomas
Attorney for Mr. Campos                    Assistant United States Attorney


/s/_____    /s/_____
Phil I. Brennan, Jr.                                John J. Kannin, IV
Attorney for Mr. Peralta Alonzo         Attorney for Mr. Daniels

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE & PTM's DUE DATE      2
CR06-5350RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**