Case 3:06-cr-05350-RBL   Document 151   Filed 12/05/14   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Carlos Romallis Daniels

Case No: CR06-5350RBL

USM No: 36526-086

Date of Original Judgment: 10/19/07
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Richard Troberman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 168 months **is reduced to** 135 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/19/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/05/2014

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Ronald B. Leighton, U.S. District Judge
*Printed name and title*