PROB Report (05/01)

# REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT
### FOR THE
### Western District of Washington

UNITED STATES OF AMERICA

v.

Carlos Daniels

Crim. No. CR05350RBL

On March 26, 2016, the above-named offender was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Jeffery S. Robson
United States Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this 24th day of August, 2020.

Ronald B. Leighton, United States District Judge